IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN LINK,** | )<br>) |
| Plaintiff, | )<br>) Case No. 25-cv-1802 |
| v. | )<br>)<br>) |
| **CITY OF GRANITE CITY**, | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF REMOVAL

COMES NOW, Defendant CITY OF GRANITE CITY, ILLINOIS, a municipal corporation, incorrectly named as the CITY OF GRANITE CITY, and states as its Notice of Removal under 28 U.S.C. §§ 1331, 1441, and 1446. The basis for removal is as follows:

1. On July 21, 2025, Plaintiff KEVIN LINK filed a complaint in the Circuit Court of Madison County, Illinois under case number 2025LA000946.

2. This Court encompasses Madison County, Illinois. 28 U.S.C. §93(c).

3. The complaint asserts one cause of action against Defendant CITY OF GRANITE CITY brought pursuant to 42 U.S.C. §1983 relating to the initiation and prosecution of certain ordinance violations against Plaintiff by Defendant.

### PROCEDURAL REQUIREMENTS

4. A copy of the state-court Complaint is attached as Exhibit 1.

5. A copy of the Summons and Complaint received by the City Clerk for Defendant CITY OF GRANITE CITY is attached as Exhibit 2.

6. The CITY OF GRANITE CITY was served with the Complaint and Summons on August 21, 2025. See Ex. 2.

7.      All processes, pleadings, and orders filed to date in the state case are attached as Exhibit 3.

8.      This Civil Cover Sheet is attached as Exhibit 4.

9.      This Notice of Removal is timely filed as it was filed "within 30 days after the receipt by defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceedings is based." 28 U.S.C. § 1446(b)(1).

## FEDERAL QUESTION JURISDICTION

10.     This Court has subject-matter jurisdiction over this removed action under 28 U.S.C. § 1441(a) because this action could have been originally filed in this Court based on federal-question jurisdiction under 28 U.S.C. § 1331.

11.     Section 1331 provides "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

12.     This Court has subject-matter jurisdiction under §1331 because the Plaintiff asserts arising under a federal statute and attempts to allege a constitutional due process claim (42 U.S.C. § 1983) . See Ex. 1, ¶¶ 8-9.

## CONCLUSION

13.     In filing this Notice of Removal, Defendant CITY OF GRANITE CITY reserves the right to assert all defenses and objections to Plaintiff's Complaint. Nothing in this Notice of Removal shall be interpreted or construed as a waiver or relinquishment of the right to assert any defenses. Defendant further reserves the right to supplement or amend this Notice.

WHEREFORE, Defendant CITY OF GRANITE CITY prays the above-captioned action now pending against it in Madison County, Illinois under Madison County Case No.

2025LA000946 be removed to the United States District Court for the Southern District of Illinois.

                **Respectfully Submitted,**

By: /s/ Erin M. Phillips
     Erin M. Phillips, #6289723
     Bradley C. Young, #6324886
     Unsell, Schattnik, & Phillips, P.C.
     3 South 6th Street
     Wood River, Illinois 62025
     (618)258-1800
     erin.phillips@usplawfirm.net
     bradley.young@usplawfirm.net
     *Attorneys for Defendants*

CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2025, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the using the CMECF system which will send notification of such filing as well as served same via email as indicated to the following:

Thomas G. Maag
Maag Law Firm, LLC
lawmaag@gmail.com
Attorneys for Plaintiff

/s/ Erin M. Phillips