***EFILED***
Case Number 2025LA000946
Date: 7/31/2025 9:24 AM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRUCIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| KEVIN LINK, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No.  2025LA000946 |
| CITY OF GRANITE CITY, | ) ) ) |
|     Defendant. | ) |

## COMPLAINT

Comes now Plaintiff Kevin Link, by and through his attorney, and states as follows:

1. Plaintiff Kevin Link formerly operated rental property in Granite City, Illinois.

2. That Defendant Granite City is a municipality in Madison County, Illinois.

3. That Granite City, in recent years enacted new landlord regulations, with an eye toward ending small home rental business in Granite City.

4. At this point, feeling no longer welcome to do business by the Defendant, Plaintiff began liquidating his real estate rental holdings in Granite City, ultimately selling all of them.

5. Notwithstanding the foregoing, as part of its municipal crusade against Plaintiff and rental property, Defendant cited, in its own municipal court, Plaintiff on over a dozen counts, concerning over a dozen parcels of property, that Plaintiff claimed was not in compliance with one of more Granite City Ordinances.

6. That all of these properties had been sold, with public records with the recorder of deeds showing that some had been sold as far back as seven or eight years prior to the citation.

Exhibit 1

7. That initially, Defendant blamed Plaintiff, claiming that he never "deregistered" said property from the rental tolls, but in truth there is no forth or mechanism to do so, much less a legal obligation.

8. That Defendant maintains a policy and practice of failing to check public property ownership records prior to charging persons, like Plaintiff, with violations, and prosecuting same, with no actual evidence of any such violation by that person.

9. This action is brought under 42 USC 1983.

10. That as a proximate cause of the foregoing, Plaintiff has been damaged in an amount to be proven at trial, and in excess of $50,000.00.

WHEREFORE, Plaintiff Kevin Link humbly requests this Honorable Court enter judgment in his favor, and against the City of Granite City, in an amount in excess of $50,000.00, plus punitive damages, plus costs and attorney fees under 42 USC 1988.

Dated 7-31-2025

Respectfully Submitted:

s/Thomas G. Maag

Thomas G. Maag #6272640
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

Phone: 619-216-5291
tmaag@maaglaw.com

2025LA000946              **CERTIFICATE OF CASE VALUE**

The undersigned hereby certifies that this case has a value reasonably in excess of $50,000.00.

Date: 7-31-2025                               s/Thomas G. Maag

Exhibit 1

***EFILED***
Case Number 2025LA000946
Date: 7/31/2025 9:24 AM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

|  | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 026237 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 2606 GRAND AVE | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

CALCULATION OF LICENSE FEE   UNITS                                 **LICENSE FEE**

TOTAL                                                                     $ 25.00

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2026**

Please detach and return with payment

| LINK RENTAL PROPERTY | 026237 | 2606 GRAND AVE |
|---|---|---|
| | TOTAL DUE | $ 25.00 |
| DUE DATE  PAYMENT DUE DECEMBER 31, 2024 | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

| | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023317 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 2820 LINCOLN AVE | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

| CALCULATION OF LICENSE FEE | UNITS | | LICENSE FEE |
|---|---|---|---|
| TOTAL | | | $ 25.00 |

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

Please detach and return with payment

| LINK RENTAL PROPERTY | | 023317 | 2820 LINCOLN AVE | |
|---|---|---|---|---|
| | | TOTAL DUE | | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

|  | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023316 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 3225 WILLOW AVE | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

| CALCULATION OF LICENSE FEE | UNITS | | LICENSE FEE |
|---|---|---|---|
| TOTAL | | | $ 25.00 |

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

*Please detach and return with payment*

| LINK RENTAL PROPERTY | | 023316 | 3225 WILLOW AVE | |
|---|---|---|---|---|
| | | TOTAL DUE | | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

| | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023315 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 2474 IOWA ST | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

| CALCULATION OF LICENSE FEE | UNITS | LICENSE FEE |
|---|---|---|
| TOTAL | | $ 25.00 |

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

Please detach and return with payment

| LINK RENTAL PROPERTY | | 023315 | 2474 IOWA ST | |
|---|---|---|---|---|
| | | TOTAL DUE | | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | | |

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

|  | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023313 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 2715 BUXTON AVE | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES
CALCULATION OF LICENSE FEE     UNITS                                      **LICENSE FEE**

| TOTAL | $ 25.00 |
|---|---|

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

Please detach and return with payment

| LINK RENTAL PROPERTY | | 023313 | 2715 BUXTON AVE |
|---|---|---|---|
| | | TOTAL DUE | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

|  | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023310 |  |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: |  |  |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 |  |
| EMAIL: |  |  |
| LOCATION: | 2305 ELM AVE | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES
CALCULATION OF LICENSE FEE    UNITS                                         **LICENSE FEE**

| TOTAL | | $ 25.00 |
|---|---|---|

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

Please detach and return with payment

| LINK RENTAL PROPERTY | | 023310 | 2305 ELM AVE | |
|---|---|---|---|---|
| | | TOTAL DUE | | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

| | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023309 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 2812 FOREST AVE | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

| CALCULATION OF LICENSE FEE | UNITS | LICENSE FEE |
|---|---|---|
| TOTAL | | $ 25.00 |

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

*Please detach and return with payment*

| LINK RENTAL PROPERTY | | 023309 | 2812 FOREST AVE |
|---|---|---|---|
| | | TOTAL DUE | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

|  | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023308 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 2707 E 24TH ST | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

| CALCULATION OF LICENSE FEE | UNITS | LICENSE FEE |
|---|---|---|
| TOTAL | | $ 25.00 |

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

Please detach and return with payment

| LINK RENTAL PROPERTY | | 023308 | 2707 E 24TH ST | |
|---|---|---|---|---|
| | | TOTAL DUE | | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

|  | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023307 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 2506 IOWA ST | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

| CALCULATION OF LICENSE FEE | UNITS | | LICENSE FEE |
|---|---|---|---|
| TOTAL | | | $ 25.00 |

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

Please detach and return with payment

| LINK RENTAL PROPERTY | 023307 | 2506 IOWA ST | |
|---|---|---|---|
| | TOTAL DUE | | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

|  | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023306 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 2716 MADISON AVE | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

CALCULATION OF LICENSE FEE    UNITS                                      **LICENSE FEE**

| TOTAL | | $ 25.00 |
|---|---|---|

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

Please detach and return with payment

| LINK RENTAL PROPERTY | 023306 | 2716 MADISON AVE | |
|---|---|---|---|
| | TOTAL DUE | | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

| | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023305 | |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: | | |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 | |
| EMAIL: | | |
| LOCATION: | 2111 ALEXANDER AVE | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

| CALCULATION OF LICENSE FEE | UNITS | LICENSE FEE |
|---|---|---|
| TOTAL | | $ 25.00 |

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

Please detach and return with payment

| LINK RENTAL PROPERTY | | 023305 | 2111 ALEXANDER AVE | |
|---|---|---|---|---|
| | | TOTAL DUE | | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 | | | |



LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

Exhibit 1



**CITY OF GRANITE CITY, ILLINOIS**
**JENNA DEYONG, CITY CLERK**
**2000 EDISON AVE**
**GRANITE CITY, IL 62040**
**(618) 452-6200**

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

## BUSINESS LICENSE RENEWAL FOR THE CALENDAR YEAR 2025
### PAYMENT DUE DECEMBER 31, 2024

|  | BUSINESS NAME AND MAILING ADDRESS | RESPONSIBLE PERSON NAME AND ADDRESS |
|---|---|---|
| LICENSE NUMBER: | 023303 |  |
| NAME: | LINK RENTAL PROPERTY | KEVIN LINK |
| ADDRESS: | PO BOX 22 | PO BOX 22 |
| ADDRESS 2: |  |  |
| CITY, ST, ZIP: | GRANITE CITY IL 62040-0022 | GRANITE CITY IL 620400022 |
| PHONE: | 618-931-0244 |  |
| EMAIL: |  |  |
| LOCATION: | 2542 E 24TH ST | TAX ID NUMBER: |

BUSINESS DESC: RENTAL PROPERTIES

| CALCULATION OF LICENSE FEE | UNITS | LICENSE FEE |
|---|---|---|
| TOTAL |  | $ 25.00 |

**SEE ATTACHED LETTER FOR DETAILS ON RENTAL PROPERTY ORDINANCE.**
**NO PAYMENTS WILL BE ACCEPTED WITHOUT THE NEW APPLICATION BEING COMPLETED.**
**$50.00 LATE FEE WILL BE APPLIED TO ALL UNPAID LICENSES AS OF JANUARY 31, 2025**

Please detach and return with payment

| LINK RENTAL PROPERTY |  | 023303 | 2542 E 24TH ST |  |
|---|---|---|---|---|
|  |  | TOTAL DUE |  | $ 25.00 |
| DUE DATE | PAYMENT DUE DECEMBER 31, 2024 |  |  |  |

LINK RENTAL PROPERTY
KEVIN LINK
PO BOX 22
GRANITE CITY IL 62040-0022

**CLERK'S CERTIFICATE**
The foregoing __14__ page(s) is a true and correct copy of ☒ the original ☐ a copy on file with this office.
Clerk of the Circuit Court
9-16-25 by [signature]
Date   Deputy

Exhibit 1